Michael Tillman                                                    PLAINTIFF
VERSUS
CLARKE COUNTY JAIL, et al                CIVIL ACTION NO. 2:22-CV-00096-TBM-RPM
BARRY WHITE                                              DEFENDANTS

SOUTHERN DISTRICT OF MISSISSIPPI
FILED
SEP 19 2022
ARTHUR JOHNSTON
BY _____ DEPUTY

September 4, 2022 Sunday 12:24 pm Barry White
announced to me as of today if i don't cut my hair off
I will no longer be able to recieve commissary nore have
visits that is a violation to my rights due to the fact this
County not state there's no hand book he makes up his
own rules i have no Justice i don't want to cut my hair
but if i don't he want let me put money on my books
to pay the Clerk of court so at this point i'm being forced
to cut off my hair that is part of my beliefs in the amendments
state's by law i don't have to cut my long hair off that i took 7
years to grow of my knowledge and they holds my mail 5 days
or more before i receive it as well. He doesn't have any sorts
or reason that i cant have my hair I keep it in a tail not in the
face this issue is personal he even asked me was my hair real or fake?
Also the paper tablets have been moved off commissary
08/15/22 due to the fact to keep us from writing the courts back that's
a personal vendetta and we haven't been notified. when will the tablets will be
back on commissary
                                                    Michael Tillman